**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**YARLEY VASALLO,**

**Plaintiff,**

**vs.** **CASE NO. 8:25-cv-02434-MSS-AEP**

**CHAD CHRONISTER, in his official capacity as Sheriff of Hillsborough County, Florida,**

**Defendant.**

**______________________________________/**

## INTERIM MEDIATION REPORT

In accordance with the October 2, 2026, Second Amended Case Management and Scheduling Order (Dkt. 41), a mediation conference commenced on October 15, 2026. All required persons attended. The mediation has been adjourned and is expected to be continued in the near future.

Respectfully submitted,

/s/ *Shane T. Muñoz*
Shane T. Muñoz
Florida Bar No. 0067024
Shane@STM-Mediations.com
Shane Muñoz Mediations
2921 West Hawthorne Road
Tampa, FL 33611
Telephone: 941-780-2614
Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026, I electronically filed the foregoing Mediation Report with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

Shane Muñoz Mediations

/s/ *Shane T. Muñoz*